UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KELAYE CONCRETE LLC, a Washington Limited Liability Company, UBI No. 603213162, Contractor's License No. KELAYOL876K2; ROAD CONSTRUCTION NORTHWEST, INC.; EMPLOYERS MUTUAL COMPANY, Payment and Performance Bond No. S442473; and the CITY OF SEATTLE,<br><br>Defendants. | No.   16-cv-1754-RSM<br><br>**THE CITY OF SEATTLE CERTIFICATE IN LIEU OF ANSWER** |

The Complaint does not allege specific claims against the City of Seattle, rather the only statements in the complaint relating to the City pertain to the public works project and retainage held by the City of Seattle. Therefore, as provided under RCW 60.28.030, in lieu of a detailed

CERTIFICATE IN LIEU OF ANSWER
CITY OF SEATTLE  (16-cv-1754-RSM)- 1

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

answer to Plaintiff's Complaint, and without waiving any rights to future claims which are not yet ripe, Defendant the City of Seattle ("Seattle") certifies as follows:

1. <u>Name of Contractor</u>.  Road Construction Northwest, Inc. is the name of the general contractor who contracted with the City for the public project that is the subject of this litigation.

2. <u>Work Contracted to be Done</u>.  Seattle contracted with Road Construction Northwest, Inc. to perform roadway drainage improvement work under the contract identified as the Delridge Project--PW #2015-043 (the "Contract").

3. <u>Date of Contract</u>.  Seattle awarded the Contract on 8/24/2015.

4. <u>Date of Substantial Completion</u>.  10/25/2016.

5. <u>Date of Final Acceptance</u>.  As of the date of this certification, Seattle has not accepted the work.

6. <u>Amount Retained</u>.   To date, Seattle has retained a total of $74,452.21.

7. <u>Taxes</u>.  To date, Seattle has not requested or received releases from the State Department of Revenue or the State Employment Security Department because the project is not yet physically complete.

8. <u>Claims Filed</u>.  To date, the claims filed with Seattle are as follows:

| Claimant's Name | Date claim rec'd | Date most recent renewal rec'd | Claim amount | Release date |
|---|---|---|---|---|
| Joint Trust Funds | 5/13/2016 | | $7,272.87 | |
| Carpenters Trusts | 5823/2016 | | $18,827.65 | |
| James McGovern | 7/13/2016 | | $11,931.94 | * |
| Robert Parks | 7/13/2016 | | $13,053.72 | * |
| Carlos Roman Santos | 7/12/2016 | | $7,500.29 | * |

CERTIFICATE IN LIEU OF ANSWER
CITY OF SEATTLE  (16-cv-1754-RSM)- 2

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

\* These claimants filed a separate lawsuit in King County Superior Court.

Having provided this certification in lieu of a responsive pleading to Plaintiff's Complaint under RCW 60.28.030, Seattle reserves all rights to any other defense to Plaintiff's claims, if any, against Seattle as provided under Fed. R. Civ. P. 12 (b).

DATED this 8th day of December, 2016.

PETER S. HOLMES
Seattle City Attorney

By: *s/Rebecca C. Keith*
Rebecca C. Keith, WSBA # 33119
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104
Phone – 206-684-8200
Fax –   206-684-8284
Email: rebecca.keith@seattle.gov

Attorneys for Defendant City of Seattle

CERTIFICATE IN LIEU OF ANSWER
CITY OF SEATTLE  (16-cv-1754-RSM)- 3

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

1

**CERTIFICATE OF SERVICE**

2   I certify that on the 8th day of December, 2016, I electronically filed the foregoing

3   Certificate in Lieu of Answer with the Clerk of the Court using the CM/ECF system, which will

4   send notification to all counsel of record who receive CM/ECF notification.

5   Noelle E. Dwarzski    noelle@mrbclaw.com

6   Christopher Wright:    cwright@wthf.com

7

8

9

10   DATED this 8th day of December, 2016, at Seattle, King County, Washington.

11

12                          By:    *s/Rebecca C. Keith*
                                   Rebecca C. Keith, WSBA # 33119
13                                 rebecca.keith@seattle.gov
                                   Seattle City Attorney's Office
14                                 701 Fifth Avenue, Suite 2050
                                   Seattle, WA 98104
15                                 Tel #:  (206) 684-8200

16

17

18

19

20

21

22

23

CERTIFICATE IN LIEU OF ANSWER
CITY OF SEATTLE  (16-cv-1754-RSM)- 4

**Peter S. Holmes**
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200